# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFFIEL A. NORWOOD., | Case No. 1:18-cv-0198-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | (ECF Nos. 2, 3) |
| Defendant. | TWENTY-ONE DAY DEADLINE |

On February 8, 2018, Plaintiff Raffiel A. Norwood ("Plaintiff") filed the complaint in this action. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2, 3). However, Plaintiff's application demonstrates that he may be receiving income well above the poverty threshold, and the information is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District

1

| | |
|---|---|
| 1 | Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff; |
| 2 | 2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and |
| 3 | 3. If Plaintiff fails to comply with this order, this action shall be dismissed. |

IT IS SO ORDERED.

Dated: **March 21, 2018**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE