UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFFIEL A. NORWOOD,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:18-cv-0198-BAM<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS AND NEW CASE DOCUMENTS |

Plaintiff Raffiel A. Norwood is appearing pro se in this action against the Commissioner of Social Security filed on February 8, 2018. On that same day, Plaintiff filed applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2, 3). However, on March 23, 2018, the Court found that Plaintiff's application demonstrates that he may be receiving income well above the poverty threshold, and therefore ordered Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. (ECF No. 4). In lieu of submitting a long form IFP application, Plaintiff paid the $400 filing fee.

Accordingly, having received Plaintiff's filing fee, IT IS HEREBY ORDERED THAT the

Clerk of Court is DIRECTED to issue the following:

        a.      Summons; and

        b.      New Social Security Case Documents;

**Plaintiff is cautioned that he must achieve service of process within the time period set forth in Fed. R. Civ. P. 4 or the matter may be dismissed.**

IT IS SO ORDERED.

Dated: **April 10, 2018**             /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE