1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAFFIEL A. NORWOOD,                      Case No. 1:18-cv-00198-JDP

12              Plaintiff,                     ORDER GRANTING PLAINTIFF'S
                                               REQUEST TO RECEIVE CASE-RELATED
13              v.                             DOCUMENTS

14    COMMISSIONER OF SOCIAL
      SECURITY,                                ORDER EXTENDING TIME FOR
                                               PLAINTIFF TO SECURE
15                                             REPRESENTATION OR SERVE THE
              Defendant.                       COMPLAINT
16

17                                             TWENTY-ONE DAY DEADLINE

18

19         Plaintiff Raffiel A. Norwood ("claimant") proceeds without counsel in this action

20  appealing defendant's decision denying his application for Social Security benefits.  Claimant

21  failed to serve the complaint within the time period required by the scheduling order.  *See* ECF

22  No. 8.  The court therefore ordered claimant to show cause why the case should not be dismissed

23  for his failure to prosecute.  ECF No. 12.  In response, claimant requested a ninety-day extension

24  of time "to acquire legal representation."  ECF No. 11.  The court partially granted claimant's

25  request, ordering him to secure representation or serve the complaint by May 31, 2019.  ECF

26  No. 12.

27         On May 17, 2019, claimant requested that this case "remain open" and that the court

28  direct the clerk to resend the service documents to claimant.  ECF No. 13.  Considering

                                               1

claimant's pro se status and in the interests of justice, the court hereby grants claimant's request.

**ORDER**

Accordingly,

1. The clerk is directed to send claimant:

    a. one summons;

    b. the informational order for pro se litigants, *see* ECF No. 6; and

    c. the scheduling order and order re consent in Social Security appeals, *see* ECF No. 8.

2. The court also extends the deadline set in its previous order. *See* ECF No. 12. Plaintiff must (1) secure representation or (2) serve the complaint within twenty-one days of this order.

3. Further extensions of time will not be granted absent extraordinary circumstances.

4. Failure to comply with this order will result in dismissal of this case.

IT IS SO ORDERED.

Dated:    May 25, 2019                                                        
UNITED STATES MAGISTRATE JUDGE

No. 203