UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFFIEL A. NORWOOD,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 1:18-cv-00198-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CASE<br><br>(Doc. No. 15) |

Plaintiff Raffiel A. Norwood proceeds *pro se* in this action on a complaint seeking judicial review of the Commissioner of Social Security's final decision denying his application for benefits under the Social Security Act. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed without prejudice due to plaintiff's failure to prosecute and comply with a court order. (Doc. No. 15.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. (*Id.* at 3.) No objections have been filed and the time in which to do so has now passed.

/////

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this |
| 2 | court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, |
| 3 | including plaintiff's objections, the court finds the findings and recommendations to be supported |
| 4 | by the record and proper analysis. |

Accordingly,

1. The findings and recommendations issued on July 3, 2019, (Doc. No. 15), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and obey court orders;
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 2, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE